UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRIAN CALVERT, et al, individually and on behalf of all others similarly situated,<br><br>Plaintiffs/Appellants,<br><br>v.<br><br>BPS DIRECT, LLC, et al,<br><br>Defendants/Appellees. | Case No. 23-3235 |

## **MOTION TO LIFT STAY**

Appellants Brian Calvert, Heather Cornell, Timothy Durham, Marilyn Hernandez, Greg Moore, Peter Montecalvo, Arlie Tucker, and Brittany Vonbergen hereby move to lift the stay of this appeal by the Court's April 9, 2024 Order, and in support aver as follows:

1. Appellants initiated this appeal on December 26, 2023 and filed their Opening Brief and Joint Appendix on March 18, 2024.

2. On April 9, 2024, the Court stayed this appeal as well as the related appeal, *Cook v. Gamestop, Inc.*, No. 23-2574, pending the Court's decision in *Hasson v. FullStory*, No. 23-2535 and *Schnur v. Papa John's Int'l*, No. 23-2573.

3. On September 5, 2024, the Court issued its decision. *See Hasson v. FullStory, Inc.*, 114 F.4th 181 (3d Cir. 2024). Appellant filed a Petition for Panel

Rehearing or Rehearing *En Banc* in *Schnur v. Papa John's Int'l* on October 3, 2024, which was denied on October 23, 2024.

4. Given the decision in *FullStory* as well as the denial of the petition for panel rehearing in *Papa John's*, Appellants believe that the stay should now be lifted as the reasoning for the Court's order staying the case is now resolved.

5. Counsel for both parties have unavoidable conflicts in the next several weeks, including a trial, and respectfully request that the Court enter the following briefing schedule:

- Appellees shall have forty-five (45) days to file their Answering Brief; and
- Appellants shall have thirty (30) days to file their Reply Brief.

WHEREAS, Appellants respectfully request that the Court lift the stay of the appeal and issue a briefing order that allows forty-five (45) days for Appellees' Brief and thirty (30) days for Appellants' Reply Brief.

Dated: January 23, 2025

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
NickC@lcllp.com

*Attorney for Appellants*

## **CERTIFICATE OF SERVICE**

On today's date, January 23, 2025, I filed the foregoing document with the Clerk of the United States Court of Appeals for the Third Circuit via the Court's CM/ECF system, which will cause service on counsel for all parties of record, who are registered CM/ECF Users

<i>/s/ Nicholas A. Colella</i><br>
Nicholas A. Colella