UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-3235

In re: BPS DIRECT, LLC, et al

To:     Clerk

1) Motion by Appellants to Lift Stay with Request to Modify the Briefing Schedule

---

The foregoing is granted. It is noted that the Court's mandate was issued in appeal nos. 23-2535 and 23-2573, on October 31, 2024. Considering this, the stay is hereby lifted. The briefing schedule will continue as follows: Appellees' brief must be filed and served within forty-five (45) days of the date of this order. Appellants' reply brief must be filed and served within thirty (30) days of the date of service of Appellees' brief.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 24, 2025
Amr/Cc: All counsel of record