

June 13, 2025

**BY ECF**

Honorable Patricia S. Dodszuweit
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Maveric Ray Searle

111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
**t** 312.704.7700
**d** 312.704.7741
**f** 312.558.1195
msearle@shb.com

**Re:** *In re BPS Direct LLC, et al.*, No. 23-03235

Dear Ms. Dodszuweit:

I represent appellees BPS Direct LLC and Cabela's LLC in this matter. If the Court chooses to hold oral argument in this matter, counsel for appellees respectfully requests that oral argument not be set on following dates:

- June 25 - July 14, 2025, due to a criminal trial in Kansas in which the pre-trial conference has been set for June 26.

- July 17 – August 2, 2025, due to a previously-scheduled, sabbatical and prepaid family vacation.

- August 11-12, 2025 due to an in-person mediation scheduled to occur in Pittsburgh, Pennsylvania for a matter pending in the Court of Common Pleas of Allegheny County, Pennsylvania.

Thank you for considering this request.

Sincerely,

*/s/ Maveric Ray Searle*

Maveric Ray Searle
SHOOK HARDY & BACON
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
(312) 704-7700
msearle@shb.com