**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 23-3235

Brian Calvert, et al.   vs.   BPS Direct LLC, et al.

Calendar Date: September 8, 2025     Location: Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Michael Rayfield

Designation of Arguing Counsel: Michael Rayfield

Member of the Bar: [✔] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [ ] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [✔] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:
BPS Direct LLC

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)