# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-3235

BRIAN CALVERT, et al, individually and on behalf of all others similarly situated, Plaintiffs / Appellants vs. BPS DIRECT LLC, et al, Defendants / Appellees.

Calendar Date: 09/08/2025     Location: PHILADELPHIA, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Kate M. Baxter-Kauf

Designation of Arguing Counsel: Kate M. Baxter-Kauf

Member of the Bar: [✓] Yes    [ ] No

Representing (check only one):

[ ] Petitioner(s)    [✓] Appellant(s)    [ ] Intervenor(s)

[ ] Respondent(s)    [ ] Appellee(s)    [ ] Amicus Curiae

Please list the name of the lead party being represented:

Brian Calvert, et al., (Plaintiffs)

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)