OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# United States Court of Appeals
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 11, 2026

Carey Alexander, Esq.
Arthur Bryant Law
1999 Harrison Street
18th Floor
Oakland, CA 94612

Kate M. Baxter-Kauf, Esq.
Lockridge Grindal Nauen
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401

Nicholas Colella, Esq.
Lynch Carpenter
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222

Jamisen A. Etzel, Esq.
Lynch Carpenter
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222

MaryBeth V. Gibson, Esq.
Gibson Consumer Law Group
4729 Roswell Road
Suite 208-108
Atlanta, GA 30342

Jennifer A. McLoone, Esq.
Shook Hardy & Bacon
201 S Biscayne Boulevard
Suite 3200
Miami, FL 33131

Steven M. Nathan, Esq.
Hausfeld
33 Whitehall Street
14th Floor
New York, NY 10004

Michael E. Rayfield, Esq.
Shook Hardy & Bacon
One Rockefeller Plaza
Suite 2801
New York, NY 10020

Karen H. Riebel, Esq.
Lockridge Grindal Nauen
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401

Maveric R. Searle, Esq.
Shook Hardy & Bacon
111 S Wacker Drive
51st Floor
Chicago, IL 60606

RE: In re: BPS Direct LLC, et al
Case Number: 23-3235
District Court Case Number: 2:23-md-03074
District Court Case Number: 2:22-cv-04709
District Court Case Number: 2:23-cv-02282
District Court Case Number: 2:23-cv-02287
District Court Case Number: 2:23-cv-02293
District Court Case Number: 2:23-cv-02294
District Court Case Number: 2:23-cv-02295
District Court Case Number: 2:23-cv-02306
District Court Case Number: 2:23-cv-02338
District Court Case Number: 2:23-cv-04008

## ENTRY OF JUDGMENT

Today, **May 11, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Alicia
Case Manager
267-299-4948