OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

June 2, 2026

Mr. George V. Wylesol
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: In re: BPS Direct LLC, et al
Case Number: 23-3235
District Court Case Number: 2:23-md-03074
District Court Case Number: 2:22-cv-04709
District Court Case Number: 2:23-cv-02282
District Court Case Number: 2:23-cv-02287
District Court Case Number: 2:23-cv-02293
District Court Case Number: 2:23-cv-02294
District Court Case Number: 2:23-cv-02295
District Court Case Number: 2:23-cv-02306
District Court Case Number: 2:23-cv-02338
District Court Case Number: 2:23-cv-04008

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: June 2, 2026

Amr/cc: Carey Alexander, Esq.
  Kate M. Baxter-Kauf, Esq.
  Nicholas Colella, Esq.
  Jamisen A. Etzel, Esq.
  MaryBeth V. Gibson, Esq.
  Jennifer A. McLoone, Esq.
  Steven M. Nathan, Esq.
  Michael E. Rayfield, Esq.
  Karen H. Riebel, Esq.
  Maveric R. Searle, Esq.